

**FILED**

**APR - 2 2008**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| UNITED STATES OF AMERICA, | ) | No. **08CR 276** |
|---|---|---|
| v. | ) | |
| | ) | Violation: Title 18, United States Code, |
| WILLIAM COZZI, | ) | Section 242. |
| | ) | |

**JUDGE MANNING**

**MAGISTRATE JUDGE COLE**

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about August 2, 2005, at Chicago, in the Northern District of Illinois, Eastern Division,

WILLIAM COZZI,

defendant herein, an Officer of the Chicago Police Department, while acting under color of law, used a dangerous weapon to strike Victim A repeatedly, while Victim A was handcuffed and shackled in a wheelchair at Norwegian American Hospital, resulting in bodily injury to Victim A, thereby willfully depriving Victim A of a right secured and protected by the Constitution and laws of the United States, that is, the right to be free from the use of unreasonable force by a person acting under color of law;

In violation of Title 18, United States Code, Section 242.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY