## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 276 - 1 | **DATE** | 4/9/2008 |
| **CASE TITLE** | USA vs. William Cozzi | | |

**DOCKET ENTRY TEXT**

Arraignment held. Initial appearance proceeding held. Terry Gillespi appears for the defendant. Defendant informed of his rights. Defendant waives formal reading of the indictment. Defendant acknowledges understanding the charges and maximum penalty. Defendant enters a plea of not guilty. Parties agreed on $10,000.00 Own Recognizance Bond. Enter Order Setting Conditions of Release. Rule 16.1(a) conference is due by 4/14/08; Pretrial motions 4/28/08; Response 5/12/08 and reply 5/26/08. Status hearing is set for 4/29/08 at 11:00 a.m before Judge Manning. Enter excludable time from 4/9/08 to and including 4/29/08 pursuant to USC 3161(h)(l)(F). (X-E).

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CDH |
|---|---|---|