IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 CR 276 |
| v. | ) | The Honorable Blanche M. Manning, |
| | ) | Judge Presiding |
| WILLIAM COZZI, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO: AUSA Scott R. Drury
United States Attorney's Office
219 S. Dearborn Street, Suite 500
Chicago, Illinois 60604

PLEASE TAKE NOTICE that on the 1st day of May, 2008, at 11:00 a.m., I shall appear before the Honorable Judge Blanche M. Manning and present Defendant's Motion for Extension of Time to File Pre-Trial Motions, a copy of which attached hereto and herewith served upon you.

Respectfully submitted,

 /s/ Terence P. Gillespie
TERENCE P. GILLESPIE

## CERTIFICATE OF SERVICE

I hereby certify Defendant's foregoing Notice of Motion was served on April 23, 2008, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the District Court's system as to ECF Filers.

 /s/ Terence P. Gillespie
TERENCE P. GILLESPIE

TERENCE P. GILLESPIE
GENSON & GILLESPIE
53 W. Jackson Blvd., Suite 1420
Chicago, Illinois 60604
(312) 726-9015