# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                                       Case No.: 1:08−cr−00276

                                                                  Honorable Blanche M. Manning

William Cozzi

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

      MINUTE entry before Judge Honorable Blanche M. Manning: Defendant's motion for extension of time [11] is granted as to William Cozzi (1). Defendant to file his pretrial motions by 5/16/2008. Government's responses to be filed by 5/30/2008. Defendant's replies to be filed by 6/13/2008. Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.