**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 CR 276 |
| v. | ) | The Honorable Blanche M. Manning, |
| | ) | Judge Presiding |
| WILLIAM COZZI, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:     AUSA Scott R. Drury
        United States Attorney's Office
        219 S. Dearborn Street, Suite 500
        Chicago, Illinois 60604

        PLEASE TAKE NOTICE that on the 20th day of May, 2008,  at 11:00 a.m., I shall appear before the Honorable Judge Blanche M. Manning and present Defendant's Motion for Extension of Time to File Pre-Trial Motions, a copy of which attached hereto and herewith served upon you.

                                Respectfully submitted,


                                 /s/ Terence P. Gillespie

**CERTIFICATE OF SERVICE**

        I hereby certify Defendant's foregoing Notice of Motion was served on May 13, 2008, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the District Court's system as to ECF Filers.

                                 /s/ Terence P. Gillespie


TERENCE P. GILLESPIE
GENSON & GILLESPIE
53 W. Jackson Blvd., Suite 1420
Chicago, Illinois 60604
(312) 726-9015