## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CR 276 |
|---|---|

UNITED STATES OF AMERICA

v.

WILLIAM COZZI

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANT, WILLIAM COZZI

| NAME (Type or print) |
|---|
| WILLIAM R. SULLIVAN |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/William R. Sullivan |

| FIRM GENSON & GILLESPIE |
|---|

| STREET ADDRESS 53 W. JACKSON BOULEVARD, SUITE 1420 |
|---|

| CITY/STATE/ZIP CHICAGO, ILLINOIS 60604 |
|---|

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6284092 | (312) 726-9015 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO X |
|---|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL X    APPOINTED COUNSEL ☐ |