# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                                  Case No.: 1:08–cr–00276
                                                                  Honorable Blanche M. Manning

William Cozzi

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 20, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Motion hearing held on 5/20/2008. Motion for extension of time to 5/30/2008 to file pretrial motions[15] is granted as to William Cozzi (1). Responses to be filed by 6/13/2008. Status hearing set for 6/10/2008 is reset to 6/24/2008 at 11:00 AM. Time excluded to 6/24/2008 pursuant to 18:3161 (h)(8)(B)(i). Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.