IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 CR 276 |
| v. | ) | The Honorable Blanche M. Manning, |
| | ) | Judge Presiding |
| WILLIAM COZZI, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:  AUSA Scott R. Drury
     United States Attorney's Office
     219 S. Dearborn Street, Suite 500
     Chicago, Illinois 60604

   PLEASE TAKE NOTICE that on the 5th day of June, 2008 at 11:00 a.m., I shall appear before the Honorable Judge Blanche M. Manning and present Defendant, Cozzi's Motion for Leave to File Pre-Trial Motions *Instanter*, a copy of which attached hereto and herewith served upon you.

                              Respectfully submitted,

                               /s/ Terence P. Gillespie
                              TERENCE P. GILLESPIE
                              Attorney for Defendant, William Cozzi


TERENCE P. GILLESPIE           MARC W. MARTIN
WILLIAM R. SULLIVAN            MARC W. MARTIN, LTD.
GENSON & GILLESPIE             53 W. Jackson Blvd., Suite 1420
53 W. Jackson Blvd., Suite 1420   Chicago, Illinois 60604
Chicago, Illinois 60604        (312) 408-1111
(312) 726-9015

## CERTIFICATE OF SERVICE

      I hereby certify Defendant's foregoing Notice of Motion was served on May 30, 2008, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the District Court's system as to ECF Filers.

      /s/ Terence P. Gillespie
      TERENCE P. GILLESPIE
      Attorney for Defendant, William Cozzi

TERENCE P. GILLESPIE
WILLIAM R. SULLIVAN
GENSON & GILLESPIE
53 W. Jackson Blvd., Suite 1420
Chicago, Illinois 60604
(312) 726-9015

MARC W. MARTIN
MARC W. MARTIN, LTD.
53 W. Jackson Blvd., Suite 1420
Chicago, Illinois 60604
(312) 408-1111