UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 08 CR 276 |
| | ) | Honorable Blanche Manning |
| WILLIAM COZZI | ) | |

**DEFENDANT'S MOTON FOR EARLY RETURN OF SUPBPOENAS**

Defendant William Cozzi, by his attorneys, pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure and the Sixth Amendment to the United States Constitution, respectfully moves this Honorable Court to enter an order permitting the early return of trial subpoenas.

Respectfully submitted,

/s/ Terence P. Gillespie

TERENCE P. GILLESPIE
WILLIAM R. SULLIVAN
GENSON & GILLESPIE
53 W. Jackson Suite 1420
Chicago, IL 60604
(312) 726-9015

2

**CERTIFICATE OF SERVICE**

       I hereby certify Defendant's foregoing Defendant's Motion for Early Return of Trial Subpoenas was served on June 2, 2008, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the District Court's system as to ECF Filers.

       /s/ Terence P. Gillespie
       TERENCE P. GILLESPIE
       Attorney for Defendant, William Cozzi

TERENCE P. GILLESPIE
WILLIAM R. SULLIVAN
GENSON & GILLESPIE
53 W. Jackson Blvd., Suite 1420
Chicago, Illinois 60604
(312) 726-9015