# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                                        Case No.: 1:08−cr−00276
                                                        Honorable Blanche M. Manning

William Cozzi

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 5, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: as to William Cozzi (1); Motion hearing held on 6/5/2008. Defendant's motion for leave to file pretrial motions instanter [19] and for early return of subpoenas [21] are granted. Government's responses to be filed by 6/27/2008. Replies to be filed by 7/8/2008. Status hearing set for 6/24/2008 is reset to 7/22/2008 at 11:00 AM. Time excluded to 7/22/2008 pursuant to 18:3161 (h)(1)(F), (h)(8)(B)(i). Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.