```
            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF ILLINOIS
                   EASTERN DIVISION
```

UNITED STATES OF AMERICA   )
                           )   No.  08 CR 276
         vs.               )
                           )   Judge Blanche M. Manning
WILLIAM COZZI              )

**NOTICE OF MOTION**

To:

Terrence Gillespie
Genson & Gillespie
53 W. Jackson
Suite 1420
Chicago, IL  60604

    Please take notice that on July 1, 2008, at 11:00 a.m., we shall appear before the Honorable Blanche M. Manning, Courtroom 2125, 219 South Dearborn Street, Chicago, Illinois 60604, or any judge sitting in her stead, and then and there present GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF, a copy of which is hereby served on you.

                                          PATRICK J. FITZGERALD
                                          United States Attorney


                          By:   <u>Scott R. Drury/s</u>
                               SCOTT R. DRURY
                               Assistant U. S. Attorney
                               219 South Dearborn, 3rd Floor
                               Chicago, Illinois 60604
                               (312) 353-1416

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

**GOVERNMENT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE RESPONSE BRIEF**

was served on June 23, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                        PATRICK J. FITZGERALD
                        United States Attorney

By:   Scott R. Drury/s
       SCOTT R. DRURY
       Assistant U. S. Attorney
       219 South Dearborn, 3rd Floor
       Chicago, Illinois 60604
       (312) 353-1416