UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                    Plaintiff,

v.                                  Case No.: 1:08−cr−00276
                                          Honorable Blanche M. Manning

William Cozzi
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: as to William Cozzi (1); Motion hearing held on 7/1/2008. Government's motion for extension of time to respond to defendant's pretrial motions [25] is granted. On defendant's motion for miscellaneous relief[22],response to be filed by 7/25/2008. Reply to be filed by 8/8/2008. Status hearing set for 7/22/2008 is reset to 8/5/2008 at 11:00 AM. Time excluded to 8/8/2008 pursuant to 18:3161 (h)(1)(F). Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.