```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  08 CR 276 |
| vs. | ) | |
| | ) | Judge Blanche M. Manning |
| WILLIAM COZZI | ) | |

**NOTICE OF MOTION**

To:

Terrence Gillespie
Genson & Gillespie
53 W. Jackson
Suite 1420
Chicago, IL  60604

　　Please take notice that on Tuesday July 29, 2008, at 11:00 a.m., we shall appear before the Honorable Blanche M. Manning, Courtroom 2125, 219 South Dearborn Street, Chicago, Illinois 60604, or any judge sitting in her stead, and then and there present GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF, a copy of which is hereby served on you.

　　　　　　　　　　　　　　　　　　PATRICK J. FITZGERALD
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　By:　Scott R. Drury/s
　　　　　　　　　　　　　　　　　SCOTT R. DRURY
　　　　　　　　　　　　　　　　　Assistant U. S. Attorney
　　　　　　　　　　　　　　　　　219 South Dearborn, 3rd Floor
　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　(312) 353-1416

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

**GOVERNMENT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE RESPONSE BRIEF**

was served on July 23, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                PATRICK J. FITZGERALD
                United States Attorney

By:  Scott R. Drury/s
     SCOTT R. DRURY
     Assistant U. S. Attorney
     219 South Dearborn, 3rd Floor
     Chicago, Illinois 60604
     (312) 353-1416