# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 276 | **DATE** | 8/5/2008 |
| **CASE TITLE** | USA vs. William Cozzi | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 9/11/2008 at 11:00 a.m. Government's oral motion for extension of time to 8/15/2008 to respond to defendant's pretrial motions is granted. Defendant's replies to be filed by 8/29/2008. Government's oral motion for leave to file brief in excess of 15 pages as to defendant's "Taint" motion is granted, up to additional 15 pages. Defendant allowed 15 additional pages on its brief as well. Ruling by mail before the next status hearing. Defendant's appearance at the next hearing is waived. Time exclude to 9/11/2008 pursuant to 18:3161 (h)(1)(F) - (X-E)

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | rs |
|---|---|---|