```
             UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF ILLINOIS
                   EASTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 276 |
| | ) | |
| WILLIAM COZZI | ) | |

<u>NOTICE OF AGREED MOTION</u>

To:  Terrence Gillespie
     Genson & Gillespie
     53 W. Jackson, Suite 1420
     Chicago, Illinois 60604

    PLEASE TAKE NOTICE that on August 14, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Blanche M. Manning in the courtroom usually occupied by her in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present **Agreed Motion to File Document Under Seal Pursuant to L.R. 26.2** at which time and place you may appear if you see fit.

Dated: August 13, 2008

                                      Respectfully submitted,

                                      PATRICK J. FITZGERALD
                                      United States Attorney

                            By:  <u>Scott R. Drury/s</u>
                                      SCOTT R. DRURY
                                      Assistant U.S. Attorney
                                      219 South Dearborn, 3rd Floor
                                      Chicago, Illinois 60604
                                      (312) 353-1416

**CERTIFICATE OF SERVICE**

    The undersigned Assistant United States Attorney hereby certifies that the following document:

    NOTICE OF MOTION

was served on August 13, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                      By:  <u>Scott R. Drury/s</u>
                            SCOTT R. DRURY
                            Assistant United States Attorney
                            219 South Dearborn, 3rd Floor
                            Chicago, Illinois 60604
                            (312) 353-1416