UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 276 |
| | ) | |
| WILLIAM COZZI | ) | |

<u>NOTICE OF AGREED MOTION</u>

To:   Terrence Gillespie
      Genson & Gillespie
      53 W. Jackson, Suite 1420
      Chicago, Illinois 60604

   PLEASE TAKE NOTICE that on August 19, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Blanche M. Manning in the courtroom usually occupied by her in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present **Agreed Motion for Extension of Time to File Response Brief** at which time and place you may appear if you see fit.

Dated: August 14, 2008

                                    Respectfully submitted,

                                    PATRICK J. FITZGERALD
                                    United States Attorney

                              By:   <u>Scott R. Drury/s</u>
                                    SCOTT R. DRURY
                                    Assistant U.S. Attorney
                                    219 South Dearborn, 3rd Floor
                                    Chicago, Illinois 60604
                                    (312) 353-1416

**CERTIFICATE OF SERVICE**

    The undersigned Assistant United States Attorney hereby certifies that the following document:

    NOTICE OF MOTION

was served on August 14, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                  By:   <u>Scott R. Drury/s</u>
                         SCOTT R. DRURY
                         Assistant United States Attorney
                         219 South Dearborn, 3rd Floor
                         Chicago, Illinois 60604
                         (312) 353-1416