Order Form (01/2005)

# United States District Court, Northern District of Illinois

*MHN*

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 276 | **DATE** | 8/13/2008 |
| **CASE TITLE** | U.S.A. vs. William Cozzi | | |

**DOCKET ENTRY TEXT**

(Defendant William Cozzi only). Enter Agreed Order regarding government's motion to file under seal the response to defendant's motion for a taint hearing.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SB |
|---|---|---|