MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 08 CR 276 |
| v.                                        ) | Judge Blanche M. Manning |
| WILLIAM COZZI                 ) | |

## AGREED ORDER

An agreed motion having been made before me by PATRICK J. FITZGERALD, United States Attorney, pursuant to Local Rule 26.2, for an Order allowing the government to file under seal the Government's Response to Defendant's Motion for a Taint Hearing, and this Court having determined that the filing at issue will contain details of a grand jury investigation that should not be made available to the public:

IT IS ORDERED that for good cause shown the government may file the Government's Response to Defendant's Motion for a Taint Hearing under seal pursuant to Local Rule 26.2.

IT IS FURTHER ORDERED that pursuant to Local Rule 26.2(b), all attorneys of record in this matter may have access to the Government's Response to Defendant's Motion for a Taint Hearing without further order of the Court. Following the conclusion of this matter, the Government's Response to Defendant's Motion for a Taint Hearing shall be disposed of in accordance with the provisions of Local Rule 26.2(g).

BLANCHE M. MANNING
United States District Judge

DATED: 8/13/08