IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 CR 276 |
| v. | ) | The Honorable Blanche M. Manning, |
| | ) | Judge Presiding |
| WILLIAM COZZI, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:　AUSA Scott R. Drury
　　　United States Attorney's Office
　　　219 S. Dearborn Street, Suite 500
　　　Chicago, Illinois 60604

　　　PLEASE TAKE NOTICE that on the 4th day of September, 2008, we shall appear before the Honorable Judge Blanche M. Manning and present Defendant's Motion for Withdrawal of Attorney, a copy of which attached hereto and herewith served upon you.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　 /s/ William R. Sullivan
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM R. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant, William Cozzi

WILLIAM R. SULLIVAN
GENSON & GILLESPIE
53 W. Jackson Blvd., Suite 1420
Chicago, Illinois 60604
(312) 726-9015

## CERTIFICATE OF SERVICE

      I hereby certify Defendant's foregoing Notice of Motion was served on August 27, 2008, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the District Court's system as to ECF Filers.

      /s/ William R. Sullivan
WILLIAM R. SULLIVAN
Attorney for Defendant, William Cozzi

WILLIAM R. SULLIVAN
GENSON & GILLESPIE
53 W. Jackson Blvd., Suite 1420
Chicago, Illinois 60604
(312) 726-9015