UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

UNITED STATES OF AMERICA
                                    Plaintiff,

v.                                                    Case No.: 1:08−cr−00276
                                                      Honorable Blanche M. Manning

William Cozzi
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

        MINUTE entry before the Honorable Blanche M. Manning: as to defendant, William Cozzi; The government's agreed motion for extension of time to file response brief [36] to pretrial motions is granted. The government to respond by 8/22/2008. Defendant to reply by 9/5/2008. Ruling will be by mail unless otherwise notified. No appearance is necessary on 8/19/2008. Mailed and telephoned notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.