# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 276 | **DATE** | 9/3/2008 |
| **CASE TITLE** | U.S.A. vs. William Cozzi | | |

**DOCKET ENTRY TEXT**

(Defendant William Cozzi only).  Defendant's motion to withdraw William R. Sullivan as counsel [42] is granted.  William R. Sullivan is withdrawn as counsel for defendant, William Cozzi.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SB |
|---|---|---|